B6B (Official Form 6B) (12/07)

In re **Joshua Ronald Yates**, Case No. **12-62216**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Two Recliners; Couch; Television; Coffee Table w/ 2 End Tables; Bookcases; Sewing Machine; Entertainment Unit; Game Consoles; Armoire; Bed Frame; Nightstands; Wardrobe w/ Mirror; Kitchen Table; Kitchenwares; Desktop Compaq Presario Computer; Desktop Gateway Computer; Washer & Dryer** | J | 1,300.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Miscellaneous books and textbooks/manuals** | J | 125.00 |
| 6. Wearing apparel. | | **Debtors' clothing** | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance - Veteran's Group - No cash value** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **1,625.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Joshua Ronald Yates**, Case No. **12-62216**
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  **0.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Joshua Ronald Yates**, Case No. **12-62216**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Debtor's pro rata interest, if any, in 2012 tax return. Debtor has filed 2012 taxes with his spouse. The returns state that refunds are due as follows: Federal - $2,533.00; and State - $ 23.00. All reported income was attributable to Debtor's non-filing spouse. All overpayment refunds are solely attributable to spouse. All earned income credit refunds are solely attributable to spouse.** | J | 2,556.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Copyright and all other rights in self-authored book - Entitled "Radical: An American's Plan for Real Change" - Copyright 2012.** <br><br> **At this time, book has little or no value. No copies have been sold as of the date of Debtor's bankruptcy filing.** | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Honda Fit Sport - 4 door hatchback, 4 cylinder engine, 30,000 miles. Debtor in good faith believed that the vehicle in its current condition would be worth approximately $9,000.00.** | H | 9,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 house cats - pets** | - | 0.00 |

Sub-Total > **11,556.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Joshua Ronald Yates**, Case No. **12-62216**
Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Circular saw, Router, Belt Sander, Miter Saw, Jig Saw** | J | 150.00 |

| | |
|---|---|
| Sub-Total > (Total of this page) | **150.00** |
| Total > | **13,331.00** |

Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re **Joshua Ronald Yates**,     Case No. **12-62216**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Household Goods and Furnishings** <br> Two Recliners; Couch; Television; Coffee Table w/ 2 End Tables; Bookcases; Sewing Machine; Entertainment Unit; Game Consoles; Armoire; Bed Frame; Nightstands; Wardrobe w/ Mirror; Kitchen Table; Kitchenwares; Desktop Compaq Presario Computer; Desktop Gateway Computer; Washer & Dryer | RSMo § 513.430.1(1) | 2,600.00 | 2,600.00 |
| **Books, Pictures and Other Art Objects; Collectibles** <br> Miscellaneous books and textbooks/manuals | RSMo § 513.430.1(3) | 250.00 | 250.00 |
| **Wearing Apparel** <br> Debtors' clothing | RSMo § 513.430.1(1) | 200.00 | 200.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** <br> Debtor's pro rata interest, if any, in 2012 tax return. Debtor has filed 2012 taxes with his spouse. The returns state that refunds are due as follows: Federal - $2,533.00; and State - $23.00. All reported income was attributable to Debtor's non-filing spouse. All overpayment refunds are solely attributable to spouse. All earned income credit refunds are solely attributable to spouse. | 11 U.S.C. § 522(b)(3)(B) <br> 513.430(10)(a) - Earned Income Credits (Public Assistance Benefit) In event that tenancy by the entirety is not an available exemption, Debtor intends to exempt Earned Income Credit Portion of Refund to greatest extent possible. | 2,556.00 <br> 792.00 | 2,556.00 |
| | RSMo § 513.440 In the event that tenancy by the entirety exemption is unavailable, Debtor intends to use all available head of family exemptions to the fullest extent possible. | 1,600.00 | |
| | RSMo § 513.430.1(3) In the event that tenancy by entirety exemption is unavailable, Debtor intends to use his remaining "wildcard" exemption to the fullest extent possible. | 50.00 | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> 2009 Honda Fit Sport - 4 door hatchback, 4 cylinder engine, 30,000 miles. Debtor in good faith believed that the vehicle in its current condition would be worth approximately $9,000.00. | RSMo § 513.430.1(5) | 3,000.00 | 9,000.00 |
| **Other Personal Property of Any Kind Not Already Listed** <br> Circular saw, Router, Belt Sander, Miter Saw, Jig Saw | RSMo § 513.430.1(3) | 300.00 | 300.00 |
| | Total: | **11,348.00** | **14,906.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt