MOW 1009- 1.1 [replaces MOW 1009-1.1 and 1.2] (2/12)

# United States Bankruptcy Court
## Western District of Missouri

In re   Joshua Ronald Yates _____   Case No.   **12-62216**
                                   Debtor(s)              Chapter   **7**

## VERIFICATION BY DEBTOR(S)

I/We, **Joshua Yates**, named as the debtor(s) in this case, declare under the penalty of perjury that I have read the

- ☐ Schedule(s) _____ (A - J insert all that apply)
- ☒ Amended Schedule(s) **B and C** _____ (A - J insert all that apply)
- ☐ Conversion Schedules _____ (A - J insert all that apply)
- ☐ Statement/Amended Statement of Financial Affairs
- ☐ Statement/Amended Statement of Intent
- ☐ Statement/Amended Statement of Current Monthly Income
- ☐ Matrix
- ☐ Amended Matrix
- ☐ Other _____ (describe)

and that they are true and correct to the best of my/our knowledge, information, and belief.

Date: **February 12, 2013**

_____
Joshua Ronald Yates
Signature of Debtor

Instructions: File with original schedules or matrix not filed with the original petition or amended schedules/statements/matrix.
Must be prepared as a separate document and must contain image of the debtor(s)' signature(s).
Docket as a separate event or as a separate attachment to the schedules/statements/matrix.
ECF Event: If not filed as an attachment to the schedules/statements/matrix, but filed as a separate document use the event – Bankruptcy>Other>Verification by Debtor